AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Six (6) Electronic Devices already in the custody of Homeland Security Investigations - Further described in Attachment A | )<br>)<br>)  Case No. 1:22-mj-00011<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A - ITEMS TO BE SEARCHED

located in the ___WESTERN___ District of ___MICHIGAN___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B - ITEMS TO BE SEIZED AND SEARCHED

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 :2252A(a)(2) | distribution or receipt of child pornography |
| 18 :2252A(a)(5)(B) | Possession of child pornography |

The application is based on these facts:
SEE ATTACHED CONTINUATION OF APPLICATION FOR SEARCH WARRANT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Timothy Kruithoff, SA Homeland Security Investigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*.

Date: January 11, 2022

*Judge's signature*

City and state: Grand Rapids, MI       Sally J. Berens, U.S. Magistrate
*Printed name and title*