**ATTACHMENT A**

**ITEMS TO BE SEARCHED**

a. During the consent search of KEYES' bedroom, several electronic items were discovered and seized. These items include the following:

    i. Samsung Galaxy phone, model #SM-G973U1, IMEI #352338107385419

    ii. Toshiba Satellite laptop, S/N #9B276675K

    iii. Acer laptop Model #5315, S/N #81506623316

    iv. HP laptop Model #G60642NR, S/N#2CE01914SK

    v. Omen laptop, Model #15-EN1013DX, S/N#5CD1238S46

    vi. Samsung portable SSD external hard drive, S/N #S5TFNJ0R103421A