UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Six (6) Electronic Devices Already in
the custody of Homeland Security
Investigations

_____/

No.   1:22-mj-00011

Hon.   Sally J. Berens
U.S. Magistrate Judge

## NOTICE OF APPEARANCE

Andrew Bylerly Birge, United States Attorney for the Western District of Michigan and Kristin M. Pinkston, Assistant United States Attorney, enter their appearance as attorneys for the United States of America in the above captioned case.

Date:   January 11, 2022

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

KRISTIN M. PINKSTON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan   49501-0208
(616) 456-2404